UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUADALUPE SERNA,<br><br>            Plaintiff,<br><br>      v.<br><br>WALNUT AVE FAMILY & WOMEN'S CENTER,<br><br>            Defendant. | Case No.  24-cv-02293-EMC<br><br>**ORDER TO SHOW CAUSE**<br><br>Docket No. 11 |

Previously, Defendant filed a motion to dismiss. *See* Docket No. 11 (motion). On July 8, 2024, the Court issued an order setting the motion for hearing[1] and setting out a briefing schedule for the motion. Plaintiff's opposition was due on July 11, 2024. The Court warned Plaintiff that failure to oppose the motion may be deemed consent to the granting of the motion and may result in dismissal which would end the case.[2] *See* Docket No. 20 (order).

Plaintiff did not file an opposition by July 11, 2024, as ordered by the Court. Nor has she since filed an opposition to Defendant's motion. Accordingly, the Court hereby **VACATES** the hearing on Defendant's motion to dismiss and **ORDERS** Plaintiff **TO SHOW CAUSE** as to why her case should not be dismissed without prejudice based on a failure to prosecute (including by failing to file an opposition to Defendant's motion). In her response, Plaintiff shall also address, on the merits, why the Court should deny Defendant's motion to dismiss.

---

[1] The hearing was initially set for August 29, 2024, but was subsequently changed to August 28, 2024. *See* Docket No. 27 (Clerk's notice changing hearing date, filed on 7/29/2024).

[2] Although some Court-issued documents have been returned as undeliverable to Plaintiff (*e.g.*, form on consent/declination to magistrate judge jurisdiction), there is no indication that this Court order was not successfully mailed.

Plaintiff's response to this order to show cause shall be filed by September 3, 2024. **Plaintiff is forewarned that a failure to file her response by this deadline shall result in an automatic dismissal of her case, without prejudice, for failure to prosecute.**

**IT IS SO ORDERED**.

Dated: August 12, 2024

_____
EDWARD M. CHEN
United States District Judge