UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUADALUPE SERNA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WALNUT AVE FAMILY & WOMEN'S CENTER,<br><br>　　　　　Defendant. | Case No.  24-cv-02293-EMC<br><br>**ORDER DISMISSING COMPLAINT**<br><br>Docket No. 28 |

Previously, the Court issued an order directing Plaintiff to show cause as to why her case should not be dismissed without prejudice based on a failure to prosecute (including by failing to file an opposition to Defendant's motion to dismiss).  The Court warned Plaintiff that a failure to respond to the order to show cause ("OSC") by the date specified would result in an automatic dismissal of her case, without prejudice, for failure to prosecute.

Plaintiff failed to file a response to the OSC by September 3, 2024, as ordered by the Court.  Accordingly, the Court hereby **DISMISSES** Plaintiff's complaint without prejudice based on a failure to prosecute.  The Clerk of the Court is instructed to enter a judgment in accordance with this order and close the file in this case.

**IT IS SO ORDERED**.

Dated: September 9, 2024

_____
EDWARD M. CHEN
United States District Judge